IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Carolyn K. LaFallett, | : | |
| Plaintiff | : | Civil Action 2:08-cv-488 |
| v. | : | Judge Frost |
| Michael J. Astrue, | : | Magistrate Judge Abel |
| Commissioner of Social Security, | | |
| Defendant | : | |

**ORDER**

This matter is before the Court on Magistrate Judge Abel's April 20, 2009 Report and Recommendation that this case be remanded to consider the combined impact of LaFallett's cervical and lumbosacral degenerative disc disease and carpel tunnel syndrome. No objections have been filed to the Report and Recommendation. The Court, having reviewed the record *de novo*, determines that there is substantial evidence of record supporting the administrative law judge's determination that plaintiff is not disabled within the meaning of the Act.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. For the reasons set out at pages 20-25 of the Report and Recommendation, the Court concludes that this action must be and hereby is **REMANDED** for the Commissioner to consider the combined impact of LaFallett's cervical and lumbosacral degenerative disc disease and carpel tunnel

syndrome, to properly evaluate the opinion of Dr. Walter, and to assess whether LaFallett's carpel tunnel syndrome was a severe impairment.

        /s/ Gregory L. Frost
Gregory L. Frost
United States District Judge